UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK DOUGLASS, | : |
| | : |
| Petitioner | : |
| | : |
| v. | : CIVIL NO. 3:CV-05-0025 |
| | : |
| FRANKLIN J. TENNIS, | : (Judge Kosik) |
| | : |
| Respondent | : |

# O R D E R

**NOW, THIS 30th DAY OF JANUARY, 2006, IT IS HEREBY ORDERED THAT**

Petitioner's "Motion to Proceed on Claims" due to Respondent's alleged failure to respond to the court's April 14, 2005 Show Cause Order (Doc. 19) is **denied as moot** for the reasons set forth in this court's Order of November 15, 2005.

                                                                            s/Edwin M. Kosik
                                                         United States District Judge

EMK:lq