UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DERRICK DOUGLASS,                           :
                                            :
              Petitioner                    :
                                            :
      v.                                    :   CIVIL NO. 3:CV-05-25
                                            :
FRANKLIN J. TENNIS,                         :   (Judge Kosik)
                                            :
              Respondent                    :

## O R D E R

**_____NOW, THIS 27th DAY OF FEBRUARY, 2006, IT IS HEREBY**

**ORDERED THAT** Petitioner's filing of December 14, 2005 (Doc. 24) will be

construed to be his Traverse in this action.  His filing of February 24, 2006 (Doc. 26)

will be construed to be a supplement to the Traverse.

                                    s/Edwin M. Kosik
_____   United States District Judge

EMK:lq